UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF NORTH CAROLINA

**U.S.A. vs. Courtney Lee Dunn**                      **Docket No. 5:09-CR-293-1FL**

**Petition for Action on Supervised Release**

COMES NOW Linwood E. King, U.S. Probation Officer of the court, presenting a petition for modification of the Judgment and Commitment Order of Courtney Lee Dunn, who, upon an earlier plea of guilty to Possession of a Firearm and Ammunition by a Convicted Felon, in violation of 18 U.S.C. §§ 922(g)(1) and 924, was sentenced by the Honorable Louise W. Flanagan, U.S. District Judge, on June 9, 2010, to the custody of the Bureau of Prisons for a term of 108 months. It was further ordered that upon release from imprisonment the defendant be placed on supervised release for a period of 36 months.

Courtney Lee Dunn was released from custody on November 16, 2017, at which time the term of supervised release commenced.

On April 4, 2018, the court was notified of the defendant testing positive for the use of cocaine. The defendant's supervision was continued without modification.

On August 23, 2018, the court was notified of the defendant testing positive for the use of cocaine. The defendant's supervision was continued without modification.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:**

On December 4, 2018, Dunn reported to a substance abuse group session with First Step Services, Raleigh, North Carolina, after having consumed alcoholic beverages earlier in the day. Treatment staff had the defendant submit to a breathalyzer test which resulted in a .16 BAC. Dunn's current substance abuse counselor has recommended the defendant participate in a cognitive behavioral program in conjunction with his continued exposure to substance abuse treatment sessions. To address this non-compliant behavior, and in an effort to assist Dunn with making better life decisions, we are recommending that the defendant participate in a cognitive behavioral program.

The defendant signed a Waiver of Hearing agreeing to the proposed modification of supervision.

**PRAYING THAT THE COURT WILL ORDER** that supervised release be modified as follows:

1. The defendant shall participate in a cognitive behavioral program as directed by the probation office.

Except as herein modified, the judgment shall remain in full force and effect.

| | |
|---|---|
| Reviewed and approved, | I declare under penalty of perjury that the foregoing is true and correct. |
| /s/Michael C. Brittain | /s/Linwood E. King |
| Michael C. Brittain | Linwood E. King |
| Supervising U.S. Probation Officer | U.S. Probation Officer |
| | 310 New Bern Avenue, Room 610 |
| | Raleigh, NC 27601-1441 |
| | Phone: 919-861-8682 |
| | Executed On: December 20, 2018 |

### ORDER OF THE COURT

Considered and ordered this 20th day of December, 2018, and ordered filed and made a part of the records in the above case.

_____
Louise W. Flanagan
U.S. District Judge